# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOYCE SAGI** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-5224** |
| | : | |
| **J AND G SPAS, LLC** | : | |

## ORDER

This 6th day of October, 2021, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF #15) is **GRANTED**. Plaintiff's claims are **DISMISSED**. The Clerk of Court shall mark this case **CLOSED**.

        /s/ Gerald Austin McHugh
    United States District Judge